UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61909-Seitz-O'Sullivan**

JEFFREY D. BIANCHI,

    Plaintiff,

v.

SARMA COLLECTIONS, INC.,

    Defendant.

_____/

FILED by VT D.C.
ELECTRONIC

Dec. 1, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, SARMA COLLECTIONS, INC., is a professional corporation and citizen of the State of Texas with its principal place of business at 1801 Broadway, San Antonio, Texas 78215.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> September 10, 2008
> Hi. Good afternoon. This message is for Mr. Jeffrey Bianchi. Mr. Bianchi, my name is Joe Madrano. You recently had some information provided to my office that needs your urgent attention. It is Wednesday the 10th about 2 PM this afternoon. If you can please return the call as soon as possible. 210-244-4561 and upon returning the call, Mr. Bianchi, if you can reference the case number 082491167 and again this is Joe Madrano. Thank you.
>
> September 12, 2008

2

This message is intended for Jeffrey Bianchi. I need you to return this call when you receive this message. My name is Robert. I can be reached toll free at 1-800-600-1496. My extension is 7362.

September 16, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call. My name is Robert. I can be reached toll free 1-800-600-1496. My direct extension is 7362. It is imperative you return this call.

September 19, 2008
Documented message Jeff Bianchi. My name is Wendy O'Connor. I have information that was forward to my office and needs your urgent attention. Give me a return call today. 1-800-600-1496. My direct extension is 7250. When calling refer to case number 082491167. Thank you and good luck.

September 20, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call when you receive this message. My name is Robert. I can be reached toll free at 1-800-600-1496. My direct extension is 7362.

September 23, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call when you receive this message. My name is Robert. I can be reached toll free, 1-800-600-1496. My extension is 7362.

September 25, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call. My name is Robert. I can be reached toll free, 1-800-600-1496, extension is 7362.

September 30, 2008
This message is intended for Jeffrey Bianchi. I need you to return my call today. My name is Robert. I can be reached toll free, 1-800-600-1496. My direct extension is 7362. I am in the office until 8:00 PM Central. It is imperative that you return this call.

October 2, 2008
This is to document a message intended for Jeffrey Bianchi. I need you to return this call. My name is Robert. I can be reached toll free, 1-800-600-

3

1496. My direct extension is 7362. It is imperative you return this call regarding your case number 082491167.

October 6, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call. My name is Robert. I can be reached toll free, 1-800-600-1496. My extension is 7362.

October 9, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call today. My name is Robert. I can be reached toll free, 1-800-600-1496. My direct extension is 7362.

October 20, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call today. My name is Robert. I can be reached toll free 1-800-600-1496. My extension is 7362.

October 22, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call when you receive this message. My name is Robert. I can be reached toll free 1-800-600-1496. My direct extension is 7362. It is imperative you return this call regarding case number 082491167.

October 24, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call. My name is Robert. I can be reached toll free 1-800-600-1496. My extension is 7362.

October 28, 2008
Jeffrey, my name is Wendy O'Connor. I have information that was forwarded to my office that needs your urgent attention. If you could return the call today. Toll free 1-800-600-1496. My direct extension is 7250. Thank you and good luck.

October 30, 2008
Message is intended for Jeffrey Bianchi. I need you to return my call today. My name is Robert. I can be reached toll free at 1-800-600-1496. My direct extension is 7362. It is imperative you return this call regarding your case number 082491167.

4

November 10, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call today. My name is Robert. I can be reached toll free at 1-800-600-1496. My direct extension is 7362.

November 12, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call today. My name is Robert. I can be reached toll free, 1-800-600-1496, extension 7362.

November 20, 2008
This message is intended for Jeffrey Bianchi. I need you to return this call today. My name is Robert. I can be reached toll free, 1-800-600-1496. My direct extension 7362. It is imperative you return this call regarding case number 082491167.

December 1, 2008
This message is intended for Jeffrey Bianchi. I need you to return my call when you receive this message. My name is Robert. I can be reached toll free, 1-800-600-1496. My extension is 7362.

December 4, 2008
Hello, this message is for Jeffrey Bianchi. I need you to please return my call back. I am in the office until 5:00 central time. I am calling because this case has been forwarded to my office and is under final review. You can reach me at 1-800-600-1496. My extension is 7320. My name is Jessie.

December 10, 2008
Jeff, this is Nick. I need to hear from you as soon as you get this message. Give me a call back Jeff. The telephone number that you can reach me is 210-244-4531. I need to speak with you in my office. Give me a call.

December 15, 2008
Jeff, this is Nick. I need to hear from you as soon as you get this message Jeff. Return a call back to my office. The telephone number that you can reach me is 210-244-4531. I need to speak with you in my office. Give me a call.

December 18, 2008

5

This message is for Jeffrey Bianchi. If you could please return my call back. I'm calling because your case has been forwarded to my office to avoid any possible legal action placed against you. Your case is under final review. My name is Jessie. You can reach me at 1-800-600-1496 at extension 7320.

January 5, 2009
Hi Jeff, this is Nick. I need to hear from you as soon as you get this message. Give me a call back to my office. Telephone number that you can reach me is 210-244-4531. Give me a call back.

January 8, 2009
This message is for Jeffrey Bianchi. Please return my call back. I am in the office until 5 o'clock central time. I am calling because I do have an offer that is extended out to you until the end of January that I do believe you could find very beneficial. If you will please return my call back. I am in the office until 6 o'clock Eastern time. Thank you.

January 12, 2009
This message is for Jeffrey Bianchi. If you could please return my call back. I am in the office until 8 o'clock Central time. I am calling about your case that is still in my office concerning the case number 082491167. You can reach me toll free 1-800-600-1496, at extension 7320.

January 21, 2009
Hello, this message is for Jeffrey Bianchi. If you would please return my call back. My name Jessie, I am calling because your case is still in my office. If you do have the intent to resolve it here on voluntary bases to avoid any possible legal action placed against you, please feel free to return my call back so I can help you to assist you with this case, sir. You can reach me toll free 1-800-600-1496, my extension 7320. My office is open till 6 o'clock Eastern time.

February 2, 2009
This message is for Jeffrey Bianchi. Mr. Bianchi, my name is Jessie. The deadline to return my call back to resolve this case here on voluntary bases is February 28. If you would please return my call back, you can reach me toll free at 1-800-600-1496. My extension is 7320. I am calling because your case has been forwarded over here to my office, again you can reach me until 6 o'clock Eastern time. My number is toll free 1-800-600-1496, at extension 7320. Thank you.

6

February 5, 2009
Message for Jeffrey Bianchi. This is Jessie, sir. I am calling because your case is here in my office and your deadline to resolve it on a voluntarily basis is the end of February. Phone number you can reach me at 1-800-600-1496. My extension is 7320. Thank you and good luck.

February 9, 2009
Hi, this message is for Jeffrey Bianchi. Sir, my name is Jessie. I am calling because your case is still here in my office. You have a deadline of February 27, to avoid any possible legal action placed against. If you would like to take care of this on a voluntary bases, please return my call back toll free at 1-800-600-1496, my extension is 7320. Thank you and good luck.

February 11, 2009
Jeffrey, hi, my name is Jessie. If you would please return my call back. We have a deadline of February 27 to help you to resolve this case here on voluntary basis. Now is the time where you have the opportunity and the option to do so, to have a decision made for you. You can reach me toll free at 1-800-600-1496, at extension 7320. Good luck.

11.   Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.   The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.   Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14.   Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II

## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.  Plaintiff incorporates Paragraphs 1 through 17.

21.  Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.  Damages;

    b.  Attorney's fees, litigation expenses and costs of suit; and

    c.  Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.  Plaintiff incorporates Paragraphs 1 through 17.

23.  Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

9

§1692d(5). See <u>Sanchez v. Client Servs.</u>, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24. Plaintiff incorporates Paragraphs 1 through 17.

25. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V

## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 17.

27. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular

11

telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

### COUNT VII
### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial

voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this  1  day of December, 2009.

>                           DONALD A. YARBROUGH, ESQ.
>                           Attorney for Plaintiff
>                           Post Office Box 11842
>                           Ft. Lauderdale, FL 33339
>                           Telephone: 954-537-2000
>                           Facsimile: 954-566-2235
>                           donyarbrough@mindspring.com
>
>                       By:_____
>                           Donald A. Yarbrough, Esq.
>                           Florida Bar No. 0158658

13

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Jeffrey D. Bianchi

**DEFENDANTS**

Sarma Collections, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339. TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

0:09CV 61909- Seitz-O'Sullivan

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, **MONROE, BROWARD,** PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** __1-2__ days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine  ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability  ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle  ☐ 380 Other Personnel Property Damage | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  ☐ | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding   ☐ 2 Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A ☐ UNDER F.R.C.P.23
CLASS ACTION  No
DEMAND $ N/A
☐ Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE   DOCKET NUMBER

DATE: December __, 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 548206   Amount: 350.00   Date Paid: _____   M/ifp: _____