UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61909-Civ-Seitz/O'Sullivan

JEFFREY D. BIANCHI,

    Plaintiff,

v.

SARMA COLLECTIONS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jeffrey D. Bianchi, gives notice that the parties have reached a settlement which requires Defendant's performance no later than Friday January 29, 2010 and Plaintiff requests the court allow Plaintiff up to Monday February 1, 2010 to conclude the settlement process and file a voluntary dismissal.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61909-Civ-Seitz/O'Sullivan

JEFFREY D. BIANCHI,

    Plaintiff,

v.

SARMA COLLECTIONS, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 19, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Eric A. Pullen, Esq.
Pulman, Cappuccio, Pullen & Benson, LLP
Suite 400
2161 NW Military Highway
San Antonio, TX 78213
Telephone: 210-892-0508
Facsimile: 210-892-1610

Via Facsimile and US Mail