UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61909-CIV-SEITZ/O'SULLIVAN

JEFFREY D. BIANCHI,

    Plaintiff,

v.

SARMA COLLECTIONS, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice Of Voluntary Dismissal With Prejudice [DE-10]. Having considered the Notice Of Voluntary Dismissal With Prejudice, it is hereby

ORDERED THAT

(1)    This case is DISMISSED WITH PREJUDICE.

(2)    All motions not otherwise ruled upon are DENIED AS MOOT.

(3)    This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 1st day of February, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
All counsel of record